UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                        Plaintiff,<br><br>     v.<br><br>KIMBERLY RITA BOITO,<br><br>                        Defendant. | NO: 2:18-CR-0232-TOR-10<br><br>ORDER GRANTING DEFENDANT'S MOTION TO TRAVEL |

BEFORE THE COURT is Defendant's Motion to Authorize Travel Outside the District. ECF No. 582. The motion was submitted for consideration without oral argument. The Court - - having reviewed the file and the records therein - - is fully informed.

Defendant is currently scheduled for a sentencing hearing in this matter on October 31, 2019. During the pendency of this case Defendant has been released to pretrial supervision on certain terms and conditions, which includes the condition that Defendant remain in either the Eastern District of Washington or District of Idaho (for employment purposes only), unless granted advance

ORDER GRANTING DEFENDANT'S MOTION TO TRAVEL ~ 1

permission by the Court to travel outside the district. *See* ECF No. 152. Defendant now seeks the Court's permission to travel to Hope, Idaho and Sandpoint, Idaho from September 6-8, 2019 to attend her daughter's soccer tournament. In support of her motion, Defendant informs the Court that neither her supervising U.S. Probation Officer nor the government oppose her request. For good cause shown, Defendant's motion is granted.

ACCORDINGLY, IT IS HEREBY ORDERED:

1. Defendant's Motion to Authorize Travel Outside the District (ECF No. 582) is **GRANTED**.

2. Defendant is permitted to travel between the Eastern District of Washington and Hope, Idaho and Sandpoint, Idaho from September 6, 2019, through September 8, 2019.

3. Defendant shall notify her probation officer of her specific travel plans at least 24 hours before leaving the Eastern District of Washington contact the United States Probation Office immediately upon her return to the district.

4. All other terms and conditions of Defendant's pre-trial supervision remain in effect.

5. Defendant's sentencing hearing scheduled for October 31, 2019, in Spokane, Washington, remains set.

ORDER GRANTING DEFENDANT'S MOTION TO TRAVEL ~ 2

The District Court Executive is hereby directed to enter this Order and furnish copies to counsel and the United States Probation Office.

DATED September 6, 2019.



THOMAS O. RICE
Chief United States District Judge